IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LABORERS' COMBINED FUNDS OF )
WESTERN PENNSYLVANIA, as agent for )
PAUL QUARANTILLO, and JOHN C. )
BUSSE, trustees ad litem, )          Civil Action No. 08-583
LABORERS' DISTRICT COUNCIL OF )
WESTERN PENNSYLVANIA WELFARE AND )   Judge Gary L. Lancaster
PENSION FUNDS, THE CONSTRUCTION )
INDUSTRY ADVANCEMENT PROGRAM )
OF WESTERN PENNSYLVANIA FUND and the )
LABORERS' DISTRICT COUNCIL OF WESTERN )
PENNSYLVANIA and its affiliated local unions, )
)
        Plaintiff, )
)
        v. )
)
POWER-TEK SOLUTIONS SERVICES, LLC )
t/a POWER-TEK SOLUTIONS, )
)
        Defendant. )

### ORDER OF COURT

AND NOW, to wit, this **23** day of **July**, 2008, it is hereby

ORDERED that the above-referenced case is DISCONTINUED.

_____
Judge Gary L. Lancaster
United States District Court